# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| MOHAMMAD IRFAN | Case Number: CR-05-167(S)-1(FB) |
| | USM Number: 72397-053 |
| | SABRINA SCHROFF, ESQ., 350 BROADWAY, SUITE 700,, NEW YORK, ,NY 10013 |
| | Defendant's Attorney |

**THE DEFENDANT:**

0 pleaded guilty to count(s)   ONE AND TWO OF A SUPERSEDING INFORMATION.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense | Count |
|---|---|---|---|
| T. 18 U.S.C. 1029 | CONSPIRED TO COMMIT CREDIT CARD FRAUD | | 1(S) |
| T. 18 U.S.C. 1028 | TRANSFER OF FRAUDULENT SOCIAL SECURITY CARDS | | 2(S) |

The defendant is sentenced as provided in pages 2 _____ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

0 Count(s)   UNDERLYING INDICTMENT   ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

JUNE 22, 2006
Date of Imposition of Judgment

Frederic Block
Signature of Judge

HONORABLE FREDERIC BLOCK
Name and Title of Judge

June 22, 2006
Date

DEFENDANT: MOHAMMAD IRFAN
CASE NUMBER: CR-05-167(S)-1(FB)

Judgment — Page _____ of _____

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

TIME SERVED ON COUNTS ONE AND TWO OF THE SUPERSEDING INFORMATION.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MOHAMMAD IRFAN
CASE NUMBER: CR-05-167(S)-1(FB)

Judgment—Page ____ of ____

# ADDITIONAL SUPERVISED RELEASE TERMS

THE DEFENDANT SHALL NOT RE-ENTER THE U.S. ILLEGALLY,, ONCE DEPORTED.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 3A — Supervised Release

DEFENDANT: MOHAMMAD IRFAN
CASE NUMBER: CR-05-167(S)-1(FB)

Judgment—Page ____ of ____

**ADDITIONAL SUPERVISED RELEASE TERMS**

THE DEFENDANT SHALL NOT RE-ENTER THE U.S. ILLEGALLY,, ONCE DEPORTED.

DEFENDANT:   MOHAMMAD IRFAN
CASE NUMBER:   CR-05-167(S)-1(FB)

Judgment — Page _____ of _____

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 200.00 | $ 00.00 | $ 696,808.74 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| AMERICAN EXPRESS WORLD FINANCIAL CENTER, NORTHEAST REGION 200 VESEY STREET NEW YORK, NY 10285- ATTN FRAUD | $226,600.50 | $226,600.50 | |
| BANK OF AMERICA 1825 E. BUCKLEY RD. PHOENIX, AZ. 58034 ATTN: A29-503-0210 | $111,256.40 | $111,256.40 | |
| CITIBANK NA CREDIT CARD 1 COURT SQUARE, 41 LONG ISLAND CITY, NY 11120 ATTN: DONNA ROLLO | $181,925.24 | $181,925.24 | |
| **TOTALS** | $ 519782.14 | $ 519782.14 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒ the interest requirement is waived   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| FDS BANK/MACYS/BLOOMINGDALES<br>7 WEST 7 STREET<br>CINCINNATTI, OHIO 15219<br>ATTN: LAW DEPARTMENT/ CAROL BRUSER | $111,768.36 | $111,768.36 | |
| ASPIRE<br>P.O. BOX 105555<br>ATLANTA, GEORGIA 30348<br>ATTN.: SUBPOENA COMPLIANCE | $15,760.06 | $15,760.06 | |
| FIRST USA BANK<br>111 MONUMENT CIRCLE<br>INDIANAPOLIS, INDIANA 46277<br>ATTN.: SUBPOENA COMPLIANCE | $26,880.17 | $26,880.17 | |
| PROVIDIAN NATIONAL BANK<br>295 MAIN STREET<br>TILTON, NEW HAMPSHIRE 03276<br>ATTN.: SUBPOENA COMPLIANCE | $22,618.01 | $22,618.01 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: MOHAMMAD IRFAN
CASE NUMBER: CR-05-167(S)-1(FB)

Judgment — Page _____ of _____

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B () Payment to begin immediately (may be combined with  () C,  () D, or  ☐ F below); or

C () Payment in equal __QUARTERL__ (e.g., weekly, monthly, quarterly) installments of $ __25.00__ over a period of __MONTHS__ (e.g., months or years), to commence __30__ (e.g., 30 or 60 days) after the date of this judgment; or

D () Payment in equal __MONTHLY__ (e.g., weekly, monthly, quarterly) installments of $ __25% NET__ over a period of __MONTHL__ (e.g., months or years), to commence __30__ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.